The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) JAIME HERNANDEZ HERNANDEZ,<br>(2) GORGE ORTIZ, and<br>(3) STANLEY STUBBS,<br><br>Defendants. | CASE NO. CR21-032 RSM<br><br>ORDER<br><br>[PROPOSED] |

THIS COURT having considered the stipulated motion for a continuance of the trial date and the facts set forth therein, and General Orders 01-20, 02-20, 03-20, 04-20, 07-20, 08-20, 15-20, 18-20 and 4-21 of the United States District Court for the Western District of Washington, addressing measures to reduce the spread and health risks from COVID-19, which are incorporated herein by reference, and the facts set forth in the government's motion, hereby FINDS as follows:

1. In light of the recommendations made by the Centers for Disease Control and Prevention (CDC) and Public Health for Seattle and King County regarding social distancing measures required to stop the spread of this disease, as well as the lack of the type of personal protective equipment necessary to ensure the health and safety of all participants, it is not possible at this time to proceed with a jury trial as scheduled on May 3, 2021.

Order Continuing Trial Date
*U.S. v. Hernandez Hernandez et al.*, CR20-130 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Further, because of the recommendations that individuals at higher risk of contracting this disease—including individuals with underlying health conditions, individuals age 60 and older, and individuals who are pregnant—avoid large groups of people, at this time, it would be difficult, if not impossible, to get a jury pool that would represent a fair cross section of the community.  Based on the recommendations it would also be medically inadvisable to do so.

3. Additionally, all the parties agree that a continuance is necessary to adequately prepare for trial and the defendants have agreed to waive speedy trial through November 30, 2021.

4. As a result, the failure to grant a continuance of the trial date in this case would likely result in a miscarriage of justice. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweighs the best interest of the public and the defendant to a speedy trial.

IT IS THEREFORE ORDERED that the current trial date of May 3, 2021 is STRICKEN.

IT IS FURTHER ORDERED that the pre-trial motions deadlines previously set (Dt. 15) are STRICKEN and a new pretrial motions deadline of October 4, 2021 is established.

IT IS FURTHER ORDERED that jury trial in this matter is set for November 15, 2021.

IT IS FURTHER ORDERED that the time from the date of the entry this Order and the trial date set forth above shall be excludable time pursuant to 18 U.S.C. § 3161.

Dated this 16th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Stephen Hobbs*
STEPHEN HOBBS
Assistant United States Attorney

Order Continuing Trial Date
*U.S. v. Hernandez Hernandez et al.*, CR20-130 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970