UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>(1) JAIME HERNANDEZ-HERNANDEZ,<br>(2) GEORGE ORTIZ, and<br>(3) STANLEY STUBBS<br>　　　　Defendants. | NO.  CR21-032 RSM<br><br>ORDER |

THIS COURT having considered the motion of defendant Jaime Hernandez-Hernandez for a continuance of the trial date and the facts set forth therein, hereby FINDS as follows:

THIS COURT FINDS pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice will best be served by a continuance, and that they outweigh the best interests of the public and the defendants in a speedy trial and that the defendants have agreed to waive their Speedy Trial Act rights; and, that the facts of the motion are hereby incorporated.

THIS COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), the failure to grant a continuance, taken as a whole, would deny

counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS FURTHER ORDERED that the pre-trial motions deadline of October 4, 2021, is STRICKEN.

IT IS HEREBY ORDERED that the current trial date of November 15, 2021 is STRICKEN.

IT IS FURTHER ORDERED the pretrial motions deadline is set on December 27, 2021.

IT IS FURTHER ORDERED the jury trial in this matter is set for February 7, 2022.

IT IS FURTHER ORDERED the period of delay from November 15, 2021, to February 7, 2022, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A).

DONE this 29th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

  s/ Peter Geisness
Peter Geisness, WSBA # 30897
Counsel for Jaime Hernandez-Hernandez